AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Dell Layfette Carter,
*Plaintiff*
v.

Rayford Ervin, Clover Police Department; Frank Sadler, Clover Police Department; Gary Love, Clover Police Department; Richard Goach, Clover Police Department; Lessley Mosely, Clover Police Department; Magistrate Judge Edward Harvey; Costa Pleicone, Trial Judge; Derham Cole, Trial Judge; Social Security Administration, because the Person Responding to my letter did not leave a name; Solicitor Willy Thompson; Public Defender Harry Dest,
*Defendants*

)
)
)
)
)

Civil Action No.    0:14-cv-00865-TLW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Dell Layfette Carter, shall take nothing of the defendants; Rayford Ervin, Frank Sadler, Gary Love, Richard Goach, Lessley Mosely, Magistrate Judge Edward Harvey, Costa Pleicone, Derham Cole, Social Security Administration, Solicitor Willy Thompson, Public Defender Harry Dest, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  June 2, 2014                                     *ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*